FILED
April 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002533084

3
RANDELL PARKER
3820 Herring Road
Arvin, CA 93203
(661)854-1503

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

MARTIN MEJIA,

                Debtor
_____/

Case No: 09-17314-B-7
DC NO. RP-1

Date: May 6, 2010
Time: 10:00 a.m.
Place: 1300 18th Street, First Floor
        Bakersfield, CA
Judge: Honorable W. Richard Lee

## MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

      Randell Parker, Chapter 7 Trustee in the above captioned case ("Trustee") respectfully moves the Court for an order Authorizing Sale of Personal Property of the estate. The Trustee seeks to sell the bankruptcy estate's interest in the '04 Chevy Silverado for $7,675.00.

JURISDICTION

      1. Martin Mejia ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on July 31, 2009, and Randell Parker was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over the issues raised in this matter under the above referenced case, name and number pursuant to 28 U.S.C. §1334 and 157 and the general Order of Reference to Bankruptcy Courts.

3. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (N).

4. Venue is properly in this Court pursuant to 28 U.S.C. §1409 (A) by virtue of this case pending before this Court.

5. The motion is made pursuant to 11 U.S.C. §363 (b), (d) and (f).

FACTUAL BACKGROUND/TERMS OF SALE

1. Martin Mejia ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on July 31, 2009, and Randell Parker was appointed Chapter 7 Trustee.

2. Trustee accepted debtors' offer of $7,675.00 for the '04 Silverado based on the following:

| | |
|---|---|
| NADA Value | $9,275.00 |
| Less 15% Sales Cost | $1,391.25 |
| Debtor's exemption | $  225.00 |
| Value to estate | $7,658.75 |

3. In considering the offer, the Trustee considered that the cost to take possession of the asset, costs associated with a public sale and the risk of receiving a lesser amount, in determining that the offer is fair.

4. Trustee is in possession of the proof of insurance on the vehicle, original certificate of title and full payment of $7,675.00.

5. Trustee being informed that there are no significant tax consequences to the sale, believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee prays that after appropriate Notice and Motion to be heard, that he be authorized to sell the above described '04 Chevy Silverado to Martin Mejia for $7,675.00.

**DATED: March 26, 2010**  /s/ Randell Parker
Randell Parker
Chapter 7 Trustee
3820 Herring Road
Arvin, CA   93203